AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| MARK HUDSON | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:23-cv-20788-KMM |
| NCL BAHAMAS LTD d/b/a NORWEGIAN CRUISE LINE, a Foreign Profit Company, | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NCL BAHAMAS LTD d/b/a NORWEGIAN CRUISE LINE, a Foreign Profit Company,
FARKAS, DANIEL S, ESQ., as registered agent for
7665 CORPORATE CENTER DRIVE
MIAMI, FL 33126

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
MARK LOPEZ-TRIGO, ESQ.
GOLDBERG & ROSEN, P.A.
2 S Biscayne Blvd, Suite 3650
Miami, FL 33131
Tel: (305)374-4200 Fax: (305)374-8024
E-mail: pleadings@goldbergandrosen.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 05/25/2023

Angela E. Noble
Clerk of Court

s/ C.Davis
Deputy Clerk
U.S. District Courts